# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMADI MLATAMOU HASSANATI ET AL<br><br>PLAINTIFF(S)<br><br>V.<br><br>INTERNATIONAL LEASE FINANCE CORPORATION<br>DEFENDANT(S). | CASE NUMBER<br><br>CV11- 2251 MMM (MANx)<br><br>ADR PROGRAM QUESTIONNAIRE |

(1) What, if any, discovery do the parties believe is essential in order to prepare adequately for a settlement conference or mediation? Please outline with specificity the type(s) of discovery and proposed completion date(s). Please outline any areas of disagreement int this regard. Your designations do not limit the discovery that you will be able to take in the event this case does not settle.

If this litigation were to remain pending in the Central District after resolution of the parties respective motions, defendant will assert the matter should be dismissed based on forum non conveniens. Plaintiffs will dispute this forum objection, asserting the matters are best litigated here. As the forum and party line-ups are not yet resolved, discovery limited to forum non conveniens issues would likely proceed next, but a schedule for same is dependent on the manner of resolution of the pending motions.

(2) What are the damage amounts being claimed by each plaintiff? Identify the categories of damage claimed [e.g., lost profits, medical expenses (past and future), lost wages (past and future), emotional distress, damage to reputation, etc.] and the portion of the total damages claimed attributed to each category.

The total damages have yet to be compiled. Plaintiffs assert damages for wrongful death and associated losses.

(3) Do the parties agree to utilize a private mediator in lieu of the court's ADR Program?

Yes [X]   No [ ]

Pending forum issues noted in (1), defendant would agree to utilize a a private mediator.

(4) If this case is in category civil rights - employment (442), check all boxes that describe the legal bases of plaintiff claim(s).

[ ] Title VII                                    [ ] Age Discrimination

[ ] 42 U.S.C. section 1983                       [ ] California Fair Employment and Housing Act

[ ] Americans with Disabilities Act of 1990      [ ] Rehabilitation Act

[ ] Other _____

_____

_____

I hereby certify that all parties have discussed and agree that the above-mentioned responses are true and correct.

| 8/22/2011 | /s/ Mark E. Miller |
|---|---|
| Date | Attorney for Plaintiff (Signature) |

Mark E. Miller - Engstrom, Lipscomb & Lack

Attorney for Plaintiff (Please print full name)
MMADI MILATAMOU HASSANATI, et al.

| 8/22/2011 | /s/ Susan J. Welde |
|---|---|
| Date | Attorney for Defendant (Signature) |

Susan J. Welde - Locke Lord Bissell & Liddell LLP

Attorney for Defendant (Please print full name)
INTERNATIONAL LEASE FINANCE COPROATION