WALTER J. LACK, ESQ. (SBN 57550)
MARK E. MILLARD, ESQ. (SBN 175169)
**ENGSTROM, LIPSCOMB & LACK**
A Professional Corporation
10100 Santa Monica Boulevard, 12th Floor
Los Angeles, CA 90067-4107
Tel.: (310) 552-3800
Fax: (310) 552-9434
Email: wlack@elllaw.com
Email: mmillard@elllaw.com

THOMAS V. GIRARDI, ESQ. (SBN 36603)
KEITH D. GRIFFIN, ESQ. (SBN 204388)
**GIRARDI & KEESE**
1126 Wilshire Boulevard
Los Angeles, California 90017
(213)977-0211; Fax (213) 481-1554
Email: tgirardi@girardikeese.com

Attorneys for Plaintiffs,
**Mmadi Mlatamou Hassanati, et al.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MMADI MLATAMOU HASSANATI, individually, as heir and as Successor in Interest to MOHAMED ABDOU SAID, deceased;<br><br>Plaintiffs,<br><br>vs.<br><br>INTERNATIONAL LEASE FINANCE CORPORATION and DOES 1-100,<br><br>Defendants. | CASE NO.: **2:11-cv-02251-MMM-MAN**<br>**Hon. Margaret M. Morrow**<br><br>**PLAINTIFFS' F.R.C.P. INITIAL DISCLOSURES**<br><br>Court Room         : 780 |

**PURSUANT TO** the Court's Scheduling Order, Plaintiffs serve their F.R.C.P Rule 26 (a)(I) Initial Disclosures.

*WITNESSES:* Plaintiffs specify Defendant's owners, Board members, managers, supervisors and other personnel, whose specific names are, as yet, unknown, whom all

355480.1

1

**PLAINTIFFS' F.R.C.P. INITIAL DISCLOSURES**

reside in Southern California. The subject matter of their knowledge and testimony will include but not be limited to the Subject Aircraft Lease, the nature and scope of the companies foreign leasing/rental business and the like.

Witnesses with information about Federal and State compliance, oversight, maintenance, marketing, customer development and the documents pertinent to those topics will also be in Southern California, and at other locations in the United States where defendants now have corporate offices.

As of the date of this report, Plaintiffs anticipate that percipient witnesses identified in Appendix 1 are likely to provide testimony relevant to the claims, including, but not limited to, Decedents travel on the fatal flight and damages.

Persons involved with the investigation on behalf of Defendant, the Comoros DGAC, the BEA, NTSB and FAA whose names are, as yet, unknown.

Plaintiffs have not completed their investigation of this action, and therefore might discover additional percipient witnesses, other than those listed above, through discovery or further investigation.

*DOCUMENTS/PHYSICAL EVIDENCE:* Plaintiffs have not completed their investigation of this action, and therefore might discover additional key documents and other physical evidence, other than that listed below, through discovery or further investigation. At this early stage of the action, Plaintiffs anticipate that categories of documents and physical evidence identified as follows:

1. The report of the April 2004 audit of the Yemenia Airlines facilities;
2. The Aviation Regulations of Yemen;
3. The ILFC policies and/or training programs for technical staff;
4. The Flight Operations Division suffers from a lack of qualified and experienced inspectors.
5. A comprehensive system for the certification and supervision of air operators required by Annex 6 has not been established.
6. The CAMA [Yemen civil aviation] Regulations regarding the supervision of

airworthiness of aircraft and control.

7. The comprehensive global system for maintenance, maintenance programs and to ensure continuous compliance with the requisites of Annex 6.

8. The records of the Yemenia inspectors responsible for the airworthiness of aircraft, including, but not limited to, recordation of their qualifications, experience and training.

9. Yemenia's Inspector training program and continuing education program and compliance records;

10. Yemenia's regulations, documentation, procedures and updates for the pertinent dates at issue;

11. Yemenia's International Safety Standards Aircraft maintenance and/or compliance program and records;

12. The July 24, 2008 European Commission report noting Yemenia's non-compliance with air safety. (Regulation (EC) No 715 of July 24, 2008);

13. Publically disseminated and available documents/reports from the European Commission, the French Civil Aviation Central Office (DGAC), as follows:

    (1). DGAC / F-2005-270; DGAC / F-2005-1291; DGAC / F-2005-471; DGAC / F-2005-1054;

    (2). DGAC / F-2006-60; DGAC / F-2006-1465; DGAC / F-2006-1760; DGAC / F-2006-716; DGAC / F-2006-2066; DGAC / F-2006-601;

    (3). DGAC / F-2007-1332; DGAC / F-2007-119; DGAC / F-2007-2066; DGAC/ F-2007-1002;

    (4). DGAC / F-2008-478; DGAC / F-2008-1129;

14. Publically disseminated and available documents/reports from the Federal Office of German Civil Aviation (LBA), as follows:

    (1). LBA/D-2006-47; LBA/D-2006-103; LBA/D-2006-157;

    (2). LBA/D-2007-477;

15. Publically disseminated and available documents/reports from the Authority of the Italian Civil Aviation (ENAC), as follows:

    (1). ENAC-IT-2005-51 ; ENAC-IT-2005-218 ; ENAC-IT-2005-648;

    (2). ENAC-IT-2006-330;

    (3). ENAC-IT-2008-126;

16. Publically disseminated and available documents/reports from the European Agency of Aviation Safety (EASA) February 24, 2009 inspection of the Yemenia Airlines headquarters in Sana'a Yemen;

17. EASA.145.0177;

18. The Subject Aircraft Lease Agreement and all supplements;

19. When released publically, records and reports from the criminal investigation currently underway;

19. Each Plaintiff will compile and make available damage documents which evidence, lost earnings, support, property and the loss of the care comfort and society of decedent.

*DAMAGES*: Each Plaintiff, as the representative of their decedent is claiming damages for the wrongful death of their decedent. The amounts are, at this time, unknown. Plaintiff anticipates engaging an expert economist to fully and accurately compile and prepare the economic losses realized by the untimely death of each decedent.

Plaintiffs have not completed their investigation of this action, and therefore might discover additional percipient witnesses, other than those listed above, through discovery or further investigation.

DATED: Setember 26, 2011        ENGSTROM, LIPSCOMB & LACK

                                     By:   */s/ Mark E. Millard*

                                            WALTER J. LACK, ESQ.
                                            MARK E. MILLARD, ESQ.
                                            Attorneys for Plaintiffs

# APPENDIX 1

## **APPENDIX 1**

## **LIST OF PLAINTIFFS**

(1) MMADI MLATAMOU HASSANATI, individually, as heir and as Successor in Interest to MOHAMED ABDOU SAID, deceased; MMADI MLATAMOU HASSANATI, as Guardian ad Litem for MMADI MLATAMOU RAFIK, MMADI MLATAMOU RAHIMA, MOHAMED RAKIB, MMADI MLATAMOU HAIRIA, and MMADI MLATAMOU HAIRATI, minors and heirs to MOHAMED ABDOU SAID, deceased,

(2) RACHIDA BOUAMRANE, individually, as heir and as Successor in Interest to SAID MOHAMED AHMED, deceased; RACHIDA BOUAMRANE, as Guardian ad Litem for JIHANE SAID MOHAMED, RANIA SAID MOHAMED, SALMA SAID MOHAMED, and DINA SAID MOHAMED, minors and heirs to SAID MOHAMED AHMED, deceased; THAMARATI ABDOUNOUROU, DJAFFAR AHMED SAID, MOINOUR AHMED, MOINAHADIDJA AHMED, BATOULI AHMED, ALLAOUI AHMED SAID HASSANI, and BAHASSANI AHMED, individually as heirs to SAID MOHAMED AHMED, deceased;

(3) ABDOUL MADJID YASMINA, individually, as heir and as Successor in Interest to ABDOUNOUROU EL HAD, deceased; ABDOUL MADJID YASMINA, as Guardian ad Litem for ABDOUNOUROU AHMED SAID HASSANE, a minor and heir to ABDOUNOUROU EL HAD, deceased; ABDOUMOUROU KEVIN, FATIMA TOIHIRI, ABDOUNOUROU DJAMILA, ABDOUNOUROU KARIMA, and ABDOUNOUROU ABDEREMANE, individually as heirs to ABDOUNOUROU EL HAD, deceased;

(4) MIKIDACHE ABDOURAHIM, individually, as heir and as Successor in Interest to FAHARDINE MIKIDACHE, deceased; MARIAMA BEN ALI, MIKIDACHE ARDRACHE, MIKIDACHE MOHAMED, DALIDA MIKIDACHE, MIKIDACHE MOUTHMIR, MIKIDACHE SATOUAT, DARCHARI MIKIDACHE, HELMAT MIKIDACHE, ELINA MIKIDACHE, NADJIDA MIKIDACHE, SANIYAT MIKIDACHE, WASSAT MIKIDACHE, AND SITI FATIMA BINT MIKIDACHE, individually as heirs to FAHARDINE MIKIDACHE, deceased;

(5) MOINAHADIDJA ABDOU, individually, as heir and as Successor in Interest to SAID BACAR BADRIA, deceased, SAID BACAR WAEL, deceased, SAID BACAR WADIWON, deceased and MOHAMED EL ARIF WALIA, deceased; SAID AHAMED EL KABIR SAID BACAR, THAMARATI SAID BACAR, SOULE HACHIMIA, SAID ABDALLAH SAID BACAR, NASSERDINE SAID BACAR, SAID BACAR KAMBI,

SAID ALI ELMIHODHAR SAID BACAR, FATOUMIA SAID BACAR, SAID AHMED ELBADAOUI, AND SAID ALI SAID BACAR, individually as heirs to SAID BACAR BADRIA, deceased, SAID BACAR WAEL, deceased, SAID BACAR WADIWON, deceased and MOHAMED EL ARIF WALIA, deceased;

(6) DJAE AHAMADA CHANFI, individually, as heir and as Successor in Interest to ANZIZA BOINA, (DJAE), deceased, DJAE SAMIAT, deceased, DJAE MOUNTASSOUIM, deceased, DJAE DJURAIDJ, deceased; BIBI MOHAMED YOUSSOUF, BOINA BOINA FECOIL, and ANZIZE BOINA, individually as heirs to ANZIZA BOINA, (DJAE), deceased, DJAE SAMIAT, deceased, DJAE MOUNTASSOUIM, deceased, DJAE DJURAIDJ, deceased;

(7) RABIATA SAID MOHAMOUD, individually, as heir and as Successor in Interest to FARID HASSANI, deceased; FATOUMIA HASSANI, IBRAHIM HASSANI, YOUSSOUF HASSANI, ALI MKOUBOI HASSANI, ZALHATA HASSANI, and ALI HASSANI, individually as heir to FARID HASSANI, deceased;

(8) MDAHOMA KASSIM, individually, as heir and as Successor in Interest to MDAHOMA MARIAMA, deceased; MDAHOMA SAID, MDAHOMA BAKARY, MDAHOMA ZAINABA, MDAHOMA SALIMA, MDAHOMA MOINA BARAKA, MDAHOMA ZALIHATA, MDAHOMA BOUROHANI, MDAHOMA HALIMA, ECHATA SOILIHI, NADJATI ALI MTSAHOI, MDAHOMA YOUSSOUF, RAFOUANTA ALI, NASBATA ALI MTSAHOI, FATOUMIA ALI MTSAHOI, and MDOIHOMA MOINDZIOI, individually as heir to MDAHOMA MARIAMA, deceased;

(9) THINEYA HASSAN, individually, as heir and as Successor in Interest to MOHAMED ABUBAKAR, deceased; SALEH ABDUL HALIM ABUBAKAR, FAT-HIYA ABDUL HALIM ABUBAKAR, and FARIDA ABDUL HALIM ABUBAKAR, individually as heir to MOHAMED ABUBAKAR, deceased;

(10) SAID BACAR ALI, individually, as heir and as Successor in Interest to HALIMA MOHAMED, aka HALIMA MADI MISA, deceased; SAID BACAR ALI, as Guardian ad Litem for ABOUBACAR SAID BACAR, BEN OMAR MHOUDINI, ANAS SAID BACAR HALIFA, and FARDATI MHOUDINI minors and heirs to HALIMA MOHAMED, aka HALIMA MADI MISA, deceased; ACHATA HAMADA, BARAKA SAID BACAR, KHATIDJA SAID BACAR, DJAMILA SAID BACAR, CHARIFA SAID BACAR, FATIMA MOHAMED, MOUHAMED MOUSA RIAMA, YOUNOUSSA MOHAMED, MHOUMADI AHAMADA, ALI SAID BACAR,

2

ZENABA MOHAMED, and MANSOUR MOHAMED, individually as heir to HALIMA MOHAMED, aka HALIMA MADI MISA, deceased;

(11) SAADATI MOHAMED, individually, as heir and as Successor in Interest to FATIMA MOHAMED SOILINI, deceased; SAADATI MOHAMED, as Guardian ad Litem for ABDOULBAR MOHAMED, a minor and heir to FATIMA MOHAMED SOILINI, deceased; SAID MOHAMED, NAIRATI MOHAMED, KAMOULATI MOHAMED, HADIDJA MOHAMED, KILADATI MOHAMED, and ABDOUL KADER MOHAMED, individually as heirs to FATIMA MOHAMED SOILINI, deceased;

(12) DJAE MOHAMED, individually, as heir and as Successor in Interest to ANLIYA DJAE, deceased; DJAE MOHAMED, as Guardeian ad Litem for TOILHA DJAE MOHAMED, MAASNOUNOU DJAE MOHAMED, and HADJARA DJAE MOHAMED, minors and heirs to ANLIYA DJAE, deceased; MOHAMED BEN MOHAMED, AHAMADA DJAE, KALIFOU DJAE MOHAMED ASSOUMANI, ALDJOUVAYNE DJAE, individually as heirs to ANLIYA DJAE, deceased;

(13) BOURHANI ABDALLAH, individually, as heir and as Successor in Interest to ICHATA RACHID, deceased; BOURHANI ABDALLAH, as Guardian ad Litem for ANTUFATA BOURHANI and HAMIDA BOURHANE ABDALLAH, minors and heirs to ICHATA RACHID, deceased; YAHAYA BOURHANI, ABOUBACAR BOURHANI, RAHAMATA HAMADI, ALI RACHID, SAID RASHID, RASHID MOHAMED, ABDILLAHI RASHID, SAKINA RASHID, individually as heirs to ICHATA RACHID, deceased;

(14) ACHATA ALI, individually, as heir and as Successor in Interest to MOHAMED HAMIDOU, deceased; ACHATA ALI, as Guardian ad Litem for SOUMAYA MOHAMED and SOUANDOU MOHAMED HAIDOU, minors and heirs to MOHAMED HAMIDOU, deceased; HAMIDOU AHAMADA, FATIMA HAMIDOU AHAMADA, HADJI HAMIDOU, MOHAMED MISBABOU HAMIDOU, SOULAIMANA HAMIDOU, and NALISSA HAMIDOU MOUIGNI, individually as heirs to MOHAMED HAMIDOU, deceased;

(15) ASSOUMANI HADIDJA, individually, as heir and as Successor in Interest to OUMOURI ALI, deceased; ASSOUMANI HADIDJA, as Guardian ad Litem for ASSIA OUMOURI, and FAZNAT OUMOURI, minors and heirs to OUMOURI ALI, deceased; MOHAMED ACHIKALI, MARIAMA HALIDI, IBRAHIM ACHIKALI, FATOUMA OUMOUR, BINTI OUMOURI, SAID OUMOURI, MOUSSA OUMOURI,

YOUNOUSSA ACHIKALI, OUMOURI HADIDJA, OUMOURI BINTI CHAHRAZADE, OUMOURI HAMID, ABOUBACAR OUMOURI MROIVILI, HASSANI ACHIKALI, AHMED HALIFA, MOHAMED ACHIKALI, and ZAINABA ACHIKALI, individually as heirs to OUMOURI ALI, deceased;

(16) TOUMA HAMIDOU, individually, as heir and as Successor in Interest to ABDILLAH YOUSSOUF ALI, deceased; RADJABOU YOUSSOUF, AHAMED YOUSSOUF, RIVONE YOUSSOUF, CHANFIOU YOUSSOUF, MARIAM YOUSSOUF, and SAID YOUSSOUF, individually as heirs to ABDILLAH YOUSSOUF ALI, deceased;

(17) MOHAMED MMADI MARIE, individually, as heir and as Successor in Interest to MMADI CHAHARZADE, deceased, MMADI LAILA, deceased, and MMADI HOUSSAMDINE, deceased;

(18) MONAFATIMA ATTOUMANI, individually, as heir and as Successor in Interest to BACARI HOUSSEINE, deceased; BACARI HAMADI, individually and as Guardian ad Litem for BEN ALI MOHAMED, SALIM BEN ALI MOHAMED, ABDOULKADER MOHAMED BEN ALI, HISSANI MOHAMED BEN ALI and SANIA MOHAMED BEN ALI, minors and heirs to BACARI HOUSSEINE, deceased; ATTOUMANI MMADI SALMA, BACARI IDJIHADI BEN KOURREICH, BACARI IDJIHADI MBAE, MARIAMA ATTOUMANI, OUMIRCHADE ASSOUMANI, ASSMAHANE HASSANI, HASSANATI MOHAMED BEN ALI, NOUROU MOHAMED BEN ALI, and SALMA MOHAMED BEN ALI, individually as heirs to BACARI HOUSSEINE, deceased;

(19) THAMARATI SAID ALI, individually, as heir and as Successor in Interest to ALI MOHAMED TOIBIBOU, deceased; THAMARATI SAID ALI, as Guardian ad Litem for TALIA ALI MOHAMED, a minor and heir to ALI MOHAMED TOIBIBOU, deceased; KARIM MOHAMED TOIBIBOU, MOHAMED TOIBIBOU, AMINA AHMADA, MOINAECHA SOILIHI, TOIBIBOU DJIMBA, SAID MOHAMED TOIBIBOU, MOUNAWAR MOHAMED TOIBIBOU, DARDAI MOHAMED TOIBIBOU, HASSANE MOHAMED TOIBIBOU, BOUNYAMINE MOHAMED TOIBIBOU, HACHIMIA MOHAMED TOIBIBOU, HADIDJA MOHAMED TOIBIBOU, and NASURATA MOHAMED TOIBIBOU, individually as heirs to ALI MOHAMED TOIBIBOU, deceased;

(20) ZAKIA MDOIHOMA, individually, as heir and as Successor in Interest to SAID MMADI, deceased; KALATHOUMI MMADI, FATIMA HASSANI, MOHAMED

MMADI, NASSABIA MADI, HADIDJA MMADI, AFIATI AMDJADI, AIDA AMDJADI, ANTOY AMDJAD, DJAMAL EDINE AMDJAD, and KAMARIA MHOUMADI, individually as heir to SAID MMADI, deceased;

(21) HIKIMA HASSANE ABDALLAH, individually, as heir and as Successor in Interest to ABDILLAHI MROIVILI BEDJA aka ABDILLAH YOUSSOUF BEDJA, deceased; YOUSSOUF MROIVILI BEDJA, AHMED MROIVILI, ZOUBOUDOU MROIVILI, ABDOU ALI HISSANI, HALIMA ADINANI, BOINA MROUDJAE ALI MARIAMA, ALI MIRADJI ABDOU, and ZAINABA ADINANI, individually as heirs to ABDILLAHI MROIVILI BEDJA, deceased;

(22) MZALENDRO MMADI, individually, as heir and as Successor in Interest to HALIMA YOUSSOUF, deceased; MAOULIDA ISSOUFA MADI, HASSANATI YOUSSOUF MADI, ALI YOUSSOUF, HALIMA YOUSSOUF, FATIMA YOUSSOUF MMADI, SAID YOUSSOUF, and MARIAMOU ISSOUFA, individually as heirs to HALIMA YOUSSOUF, deceased;

(23) SOIBRIDJAMAL RIDJALI, individually, as heir and as Successor in Interest to HAMID AHMED, deceased; SOIBRIDJAMAL RIDJALI, as Guardian ad Litem for TOIFIYAT HAMID, FATUMAT ZAHRA HAMID, and LUBNAH HAMID, minors and heirs to HAMID AHMED, deceased; RADHUAT ABDALLAH HAIDAR, and HALIDI AHMED, individually as heirs to HAMID AHMED, deceased;

(24) MOHAMED RACHADI, individually, as heir and as Successor in Interest to ZALBIA ABDALLAH, deceased; MOHAMED RACHADI, individually, as Guardian ad Litem to MOINA MKAYAT MOHAMED, MOHAMED NASROUDINE, SITTI MOUINAT MOHAMED RACHIDI, IBRAHIM SAMIR, ANASSE ALI MOHAMED and SOUMAYAT ALI MOHAMED, minors and heirs to ZALBIA ABDALLAH, deceased; MOUSSA IBRAHIM, SALIM MOHAMED, ALI MOHAMED FOUMBOUNI, SAID MDAHOMA, ABDALLAH ABDILLAHI, ABDEREMANE ABDOU, CHOUAIB SOIFIA, DADA CHANFI, DJAMALDINE HALIFA, CHAMSIA DADA, and KOKO FIEDA MOHAMED, individually as heirs to ZALBIA ABDALLAH, deceased;

(25) AHAMADA IBRAHIMA, individually, as heir and as Successor in Interest to IBRAHIMA ANNIE ALI, deceased and IBRAHIMA AMINE, deceased; AHAMADA IBRAHIMA, as Guardian ad Litem for IBRAHIMA AMANE and MOHAMED FOUDHOYL HACHIM IBRAHIMA, minors and heirs to IBRAHIMA ANNIE ALI, deceased and IBRAHIMA AMINE, deceased;

(26)  YOUSSOUF MADI, individually, as heir and as Successor in Interest to BOUNOU (MADI) NASSIMA, YOUSSOUF RAKIB, and YOUSSOUF RAMZI, decedents; ECHAT DJABIRI, BOUNOU ABASSI, BOUNOU SAID, BOUNOU IBRAHIM, and BOUNOU AHMED, individually as heirs to BOUNOU (MADI) NASSIMA, deceased;

(27)  YOUSSOUFA HADIDJA, individually, as heir and as Successor in Interest to YOUSSOUFA DJAMALI, deceased; YOUSSOUFA HADIDJA, as Guardian ad Litem for YOUSSOUFA HAFSOIT and YOUSSOUFA SOUMAYA, minors and heirs to YOUSSOUFA DJAMALI, deceased; YOUSSOUFA ITRISSO FATIMA, YOUSSOUFA NADJATI, YOUSSOUFA AHAMADA, and YOUSSOUFA ABDULFATAHOU, individually as heirs to YOUSSOUFA DJAMALI, deceased;

(28)  YOUSSOUFA FATIMA, individually, as heir and as Successor in Interest to YOUSSOUFA HASSANA, deceased; HALIDI AHMED, as Guardian ad Litem for IMRAN HALIDI, SOUDJAY DJANAT, SOUDJAY IMANE, AND YOUSSOUFA NADJIM, minors and heirs to YOUSSOUFA HASSANA, deceased; YOUSSOUFA NADJATI, YOUSSOUFA AHAMADA, YOUSSOUFA ABDULFATAHOU, HALIDI AHMED, and AMMAR HALIDI, individually as heirs to YOUSSOUFA HASSANA, deceased;

(29)  YOUSSOUFA ITRISSO FATIMA, individually, as heir and as Successor in Interest to YOUSSOUFA HASSANATI, deceased; ITRISSO ISSA, as Guarduian ad Litem for ITRISSO SHAFIQA SHAMLATI, ITRISSO SHAIMA, ITRISSO SHAMSOUDINE, and ITRISSO SOIBIRATI, minors and heirs to YOUSSOUFA HASSANATI, deceased; YOUSSOUFA ABDULFATAHOU, YOUSSOUFA AHAMADA, YOUSSOUFA NADJATI, ITRISSO OMAR, and ITRISSO ISSA, individually as heir to YOUSSOUFA HASSANATI, deceased;

(30)  YOUSSOUF ANTURIAT, individually, as heir and as Successor in Interest to YOUSSOUF MARIAME, deceased; YOUSSOUF ANTURIAT, as Guardian ad Litem for YOUSSOUF NAFFOUENTI and YOUSSOUF AZDINE, minors and heirs to YOUSSOUF MARIAME, deceased; YOUSSOUF NASSUFOU, and YOUSSOUF SALIM, individually as heir to YOUSSOUF MARIAME, deceased;

(31)  ALI FATIMA, individually, as heir and as Successor in Interest to MOHAMED AHAMADA, deceased and MOHAMED ABIDA, deceased; MADJADI MGORI ASSADI, MADI AHMADA, ZAIBABA AHMADA, individually as heirs to

MOHAMED AHAMADA and MOHAMED ABIDA, decedents;

(32) MCHANGAMA ALI, individually, as heir and as Successor in Interest to YOUSSOUF HADJI, deceased;

(33) AHAMADA ZAFALA, individually, as heir and as Successor in Interest to MOHAMED MLINDASSE IBRAHIM, deceased; MOHAMED BAKARI, individually as heir to MOHAMED MLINDASSE IBRAHIM, deceased;

(34) MSA MOINDJIE MARIAMA, individually, as heir and as Successor in Interest to SAID AMADA MZE, deceased; MSA MOINDJIE MARIAMA, as Guardian ad Litem for SAID ZOIFIRI and SAID TOUF-ANTI, minors and heirs to SAID AMADA MZE, deceased; AHAMADA MZE MARIAMA, and ABDALLAH ASMAHANE, individually as heirs to SAID AMADA MZE, deceased;

(35) YASSINE AHMED ABDOU, individually, as heir and as Successor in Interest to AHMED ABDOU, deceased; ALI SAID HASSANATI MARIE, as Guardian ad Litem for RAOUF AHMED ABDOU, minor and heir to AHMED ABDOU, deceased; KADDAFI AHMED ABDOU, and EL ABIDINE AHMED ABDOU, individually as heirs to AHMED ABDOU, deceased;

(36) SAID OMAR BACAR, individually, as heirs and as Successor in Interest to HAIRATI AHMED BACAR, deceased; KAIZ BACAR, as Guardian ad Litem for JEANNE BACAR and LUDOVIC BACAR, minors and heirs to HAIRATI AHMED BACAR, deceased; SOULEIMANE BACAR, MATHILDE BACAR, KAIZ BACAR, MAJWANE BACAR, ABDOUROIHAMANE BACAR, SOUMET BACAR, ABDALLAH BACAR, ZAITOUNE BACAR, MAHAMOUD BACAR, MOUHTAR BACAR, SOULAIMANE BACAR, and HAIDA BACAR, individually as heir to HAIRATI AHMED BACAR, deceased;

(37) ALI FATIMA, individually, as heir and as Successor in Interest to ALI MRAHATI, deceased;

(38) MOINAKOKO MVOUNA, individually, as heir and as Successor in Interest to M'SA SOULE MOHAMED, deceased; MOINAKOKO MVOUNA, as Guardian ad Litem for NADINE MMADI, minor and heir to M'SA SOULE MOHAMED, deceased; M'SA ZAHARIA, TIBA MVOUNA, and DOUDOU SAID MVOUNA, individually, as heirs to

M'SA SOULE MOHAMED, deceased;

(39) MOHAMED SAID HAMADI, individually, as heir and as Successor in Interest to ECHAT MOIRABOU, deceased; FAISSOILI SAID, individually, as heir to ECHAT MOIRABOU, deceased;

(40) MOHAMED SAID HAMADI, individually, as heir and as Successor in Interest to AFFOUSSOITA SAID, deceased; MKOUFOUNDI MOEVA ZARIAM, as Guardian ad Litem for SAID HAMMADI AMBALI, minor and heir to AFFOUSSOITA SAID, deceased; FAISSOILI SAID, and, individually, as heir to AFFOUSSOITA SAID, deceased;

(41) FATIMA MMADI, individually, as heirs and as Successor in Interest to ABDALLAH MOHAMED SAID, deceased; ABDALLAH MOHAMED MHADJOU, ABDALLAH MOHAMED IBRAHIM, ADBALLAH MOHAMED MOUINAHADIDJA, ABDALLAH MOHAMED MARIAMA, ABDALLAH MOHAMED RASMIA, and MDAHOMA MMADI, individually, as heirs to ABDALLAH MOHAMED SAID, deceased;

(42) HAKI ASSIATI, individually, as heirs and as Successor in Interest to TOIYBA AHMED, deceased; HAKI ABOUHANIFA, HAKI ALHAMIDI, HAKI ASBAHATI, MOINAFATIMA AHMED, MOHAED AHMED, HAFFI AHMED, and LOUFIA AHMED, individually as heirs to TOIYBA AHMED, deceased;

(43) FATIMA ALI MDAHOMA, individually, as heirs and as Successor in Interest to SAID ALI MDAHOMA, deceased; FAOUZATI ALI MDAHOMA, and IHIWANI ALI MDAHOMA, individually, as heirs to SAID ALI MDAHOMA, deceased;

(44) MOINAKARIMA ABDOU, individually, as heirs and as Successor in Interest to EL-HADADE ABDOU NOUROU, deceased;

## **CERTIFICATE OF SERVICE**

I hereby certify that on **September 26, 2011** a true and correct copy of **PLAINTIFFS' F.R.C.P. INITIAL DISCLOSURES** was filed electronically and will be served via Notice of Electronic Filing under the Court's CM/ECF system this 26th day of September, 2011, to all parties with an email address of record, who have consented to electronic service in this action.

                                                    */s/ Sonia Edwards*
                                                  SONIA EDWARDS