Name & Address:
Walter J. Lack, Esq. (SBN57550)
ENGSTROM, LIPSCOMB & LACK
A Professional Corporation
10100 Santa Monica Boulevard, 12th Fl.
Los Angeles, CA 90067-4107
Tel: (310) 552-3800
Fax: (310) 552-9434

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMADI MLATAMOU HASSANATI, as the personal representative for MOHAMED ABDOU SAID, deceased; (Continued on Additional Parties Attachment)<br><br>PLAINTIFF(S)<br>v.<br><br>INTERNATIONAL LEASE FINANCE CORPORATION and DOES 1-10<br><br>DEFENDANT(S). | CASE NUMBER<br>CV11-02251-MMM (MANx)<br>Hon. Margaret M. Morrow<br><br>SUMMONS |

TO: DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☐ complaint ☐ _Second_ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _____, whose address is _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: SEP 27 2011      By: MARILYN DAVIS
                            Deputy Clerk

(Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

CV-01A (12/07)                SUMMONS

SUM-200(A)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| HASSANATI, et al. v. INTERNATIONAL LEASE FINANCE CORPORATION, et al. | CV11-02251-MMM(Manx) |

## INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party.):*

[x] Plaintiff  [ ] Defendant  [ ] Cross-Complainant  [ ] Cross-Defendant

RACHIDA BOUAMRANE, as personal representative to SAID MOHAMED AHMED, deceased;

ABDOUL MADJID YASMINA, as personal representative to ABDOUNOUROU EL HAD, deceased;

MIKIDACHE ABDOURAHIM, as personal representative to FAHARDINE MIKIDACHE,

MOINAHADIDJA ABDOU, as personal representative to SAID BACAR BADRIA, SAID BACAR WAEL, SAID BACAR WADIWON, and MOHAMED EL ARIF WALIA deceased,

DJAE AHAMADA CHANFI, as personal representative to ANZIZA BOINA, (DJAE), DJAE SAMIAT, DJAE MOUNTASSOUIM, and DJAE DJURAIDJ, deceased;

RABIATA SAID MOHAMOUD, as personal representative to FARID HASSANI, deceased;

MDAHOMA KASSIM, as personal representative to MDAHOMA MARIAMA, deceased;

THINEYA HASSAN, as personal representative to MOHAMED ABUBAKAR, deceased;

SAID BACAR ALI, as the personal representative for HALIMA MOHAMED, aka HALIMA MADI MISA, deceased;

SAADATI MOHAMED, as the personal representative for FATIMA MOHAMED SOILINI, deceased;

DJAE MOHAMED, as the personal representative for ANLIYA DJAE, deceased;

BOURHANI ABDALLAH, as the personal representative for ICHATA RACHID, deceased;

ACHATA ALI, as the personal representative for MOHAMED HAMIDOU, deceased;

ASSOUMANI HADIDJA, as the personal representative for OUMOURI ALI, deceased;

TOUMA HAMIDOU, as the personal representative for ABDILLAH YOUSSOUF ALI, deceased;

MOHAMED MMADI MARIE, as the personal representative for MMADO CHAHARZADE, MMADI LAILA, and MMADI HOUSSAMDINE, deceased;

MONAFATIMA ATTOUMANI, as the personal representative for BACAR HOUSSEINE, deceased;

THAMARATI SAID ALI, as the personal representative for ALI MOHAMED TOIBIBOU, deceased;

ZAKIA MDOIHOMA, as the personal representative for SAID MMADI, deceased;

HIKIMA HASSANE ABDALLAH, as the personal representative for ABDILLAHI MROIVILI BEDJA aka ABDILLAH YOUSSOUF BEDJA, deceased;

MZALENDRO MMADI, as the personal representative for HALIMA YOUSSUF, deceased;

SOIBRIDJAMAL RIDJALI, as the personal representative for HAMID AHMED, deceased;

Page __1__ of __2__

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-200(A) [Rev. January 1, 2007] | **ADDITIONAL PARTIES ATTACHMENT**<br>**Attachment to Summons** | CEB |

SUM-200(A)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| HASSANATI, et al. v. INTERNATIONAL LEASE FINANCE CORPORATION, et al. | CV11-02251-MMM (MANx) |

## INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party.):*

[x] Plaintiff    [ ] Defendant    [ ] Cross-Complainant    [ ] Cross-Defendant

MOHAMED RACHADI, as the personal representative for ZALBIA ABDALLAH, deceased;

AHAMADA IBRAHIMA, as the personal representative for IBRAHIMA ANNIE ALI, deceased;

YOUSSOUF MADI, as the personal representative for BOUNOU (MADI) NASSIMA, YOUSSOUF RAKIB, and YOUSSOUF RAMZI, deceased;

YOUSSOUFA HADIDJA, as the personal representative for YOUSSOUFA DJAMALI , deceased;

YOUSSOUFA FATIMA, as the personal representative for YOUSSOUFA HASSANA, deceased;

YOUSSOUFA ITRISSO FATIMA, as the personal representative for YOUSSOUFA HASSANATI, deceased;

YOUSSOUF ANTURIAT, as the personal representative for YOUSSOUF MARIAME, deceased;

ALI FATIMA, as the personal representative for MOHAMED AHAMADA and MOHAMED ABIDA, deceased;

MCHANGAMA ALI, as the personal representative for YOUSSOUF HADJI, deceased;

AHAMADA ZAFALA, as the personal representative for MOHAMED MLINDASSE IBRAHIM, deceased;

MSA MOINDJIE MARIAMA, as the personal representative for SAID AMADA MZE, deceased;

YASSINE AHMED ABDOU, as the personal representative for AHMED ABDOU, deceased;

SAID OMAR BACAR, as the personal representative for HAIRATI AHMED BACAR, deceased;

ALI FATIMA, as the personal representative for ALI MRAHATI, deceased;

MOINAKOKO MVOUNA, as the personal representative for M'SA SOULE MOHAMED, deceased;

MOHAMED SAID HAMADI, as the personal representative for ECHAT MOIRABOU, deceased;

MOHAMED SAID HAMADI, as the personal representative for AFFOUSSOITA SAID, deceased;

FATIMA MMADI, as the personal representative for ABDALLAH MOHAMED SAID, deceased;

HAKI ASSIATI, as the personal representative for TOIYBA AHMED, deceased;

FATIMA ALI MDAHOMA, as the personal representative for SAID ALI MDAHOMA, deceased;

MOINAKARIMA ABDOU, as the personal representative for EL-HADADE ABDOU NOUROU, deceased;

Page 2 of 2

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

CEB