UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMADI MLATAMOU HASSANATI, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> INTERNATIONAL LEASE FINANCE CORPORATION and DOES 1-100, <br><br> Defendants. | CASE NO. 2:11-cv-02251-MMM-MAN <br><br> Hon. Margaret M. Morrow <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT INTERNATIONAL LEASE FINANCE CORPORATION'S MOTION TO DISMISS BASED ON** *FORUM NON CONVENIENS* |

Defendant International Lease Finance Corporation's ("ILFC") Motion to Dismiss Based on *Forum Non Conveniens* was heard on or about April 23, 2012 at 10:00 a.m. before the Honorable Margaret M. Morrow, United States District Judge, in Courtroom No. 780 of the United States Courthouse, Roybal Building, located at 255 East Temple Street, Los Angeles, California 90012. All appearances were stated on the record.

After full consideration of the evidence, the authorities submitted by counsel, as well as oral argument of counsel, the Court finds that France is an adequate and

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA, 90071-3119

available alternative forum for this litigation and that the balance of private and public interest factors supports dismissal of this litigation in favor of proceeding in France. Defendant ILFC's Motion to Dismiss based on *Forum Non Conveniens* is GRANTED.

Dated: _____

_____
Hon. Margaret M. Morrow

Respectfully submitted by:

LOCKE LORD LLP
Susan J. Welde
Patricia Arias Musitano
LOCKE LORD LLP
Counsel for Defendant
International Lease Finance Corporation

Of Counsel:
Gary W. Westerberg, pro hac vice
gwesterberg@lockelord.com
Matthew J. Kalas, pro hac vice
mkalas@lockelord.com
LOCKE LORD LLP

**Locke Lord LLP**
300 South Grand Avenue, Suite 2600
Los Angeles, CA, 90071-3119

[PROPOSED] ORDER GRANTING ILFC'S MOTION TO DISMISS DUE TO FORUM NON CONVENIENS