JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMADI MLATAMOU HASSANATI, individually, as heir and as Successor in Interest to MOHAMED ABDOU SAID, deceased; MMADI MLATAMOU HASSANATI, as Guardian ad Litem for MMR, MMR, MR, MMH, and MMH, minors and heirs to MOHAMED ABDOU SAID, deceased, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL LEASE FINANCE CORPORATION and DOES 1-100, <br><br> Defendants. | CASE NO. CV 11-02251 MMM (MANx) <br><br><br> JUDGMENT FOR DEFENDANT |

On February 18, 2014, the court entered an order granting defendant's motion for summary judgment. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiffs' DOHSA claim is dismissed against International Lease Finance Corporation without prejudice for lack of standing and/or because they are not the real parties in interest; and

2. That the action be, and it hereby is, dismissed.

DATED: February 18, 2014

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE